UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA

NO. 5:01-MJ-701-DE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| RAWLINGS AMECHI AHANWA ) | |
| a/k/a "Bobby Cox", "Onyeka Ahanwa" ) | |

The United States of America, by and through the United States Attorney for the Eastern District of North Carolina, has moved the Court to dismiss, without prejudice, the pending Criminal Complaint relative to the above captioned defendant.

After due consideration, for good cause shown, and for the reasons stated in the government's motion, the Court hereby GRANTS the government's motion and ORDERS the subject Criminal Complaint DISMISSED without prejudice.

SO ORDERED this 9th day of August, 2023.

RICHARD E. MYERS II
Chief United States District Judge